## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MICHAEL ANTHONY BALDASSARE,**<br>**Plaintiff,** | **CIVIL ACTION** |
| **v.** | |
| **CAROLYN W. COLVIN,**<br>**Acting Commissioner of Social Security**<br>**Administration,**<br>**Defendant.** | **NO.  15-233** |

### <u>O R D E R</u>

**AND NOW**, this 22nd day of August, 2016, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review, the record in this case, and the Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated July 27, 2016, no objections having been filed, **IT IS ORDERED** as follows:

1.    The Report and Recommendation of United States Magistrate Judge Elizabeth T. Hey dated July 27, 2016, is **APPROVED** and **ADOPTED**;

2.    Plaintiff's Request for Review is **DENIED**; and,

3.    The decision of Carolyn W. Colvin, Acting Commissioner of Social Security Administration, denying plaintiff's application for Supplemental Security Income filed under Title XVI of the Social Security Act, is **AFFIRMED**.

**BY THE COURT:**

**/s/ Hon. Jan E. DuBois**

_____

**DuBOIS, JAN E., J.**